UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| STUDENT LOAN SERVICING ALLIANCE,  Plaintiff,  v.  DISTRICT OF COLUMBIA, et al.,  Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 18-0640 (PLF) |

## ORDER

For the reasons set forth in the Opinion issued this same day, it is hereby

ORDERED that defendants' motion to dismiss [Dkt. No. 21] plaintiff's amended complaint is DENIED; it is

FURTHER ORDERED that defendants' alternative motion for summary judgment [Dkt. No. 21] is GRANTED with respect to Claims Two and Three, and to Claim One, as it relates to Commercial FFELP loans; it is

FURTHER ORDERED that plaintiff's motion for summary judgment [Dkt. No. 27] is DENIED with respect to Claims Two and Three, and GRANTED with respect to Claim One as it relates to FDLP and Government-Owned FFELP loans; it is

FURTHER ORDERED that the Court DECLARES that federal law preempts D.C. Law 21-214 and the Final Rules as applied to the servicing of FDLP and Government-Owned FFELP loans; it is

FURTHER ORDERED that the Court DECLARES that federal law does not preempt D.C. Law 21-214 and the Final Rules as applied to the servicing of Commercial FFELP loans; and it is

FURTHER ORDERED that the Defendants are enjoined from enforcing D.C. Law 21-214 and the Final Rules against student loan servicers as to their servicing of FDLP and Government-Owned FFELP loans.

SO ORDERED.

PAUL L. FRIEDMAN
United States District Judge

DATE: 11|21|18

2